

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

FILED'09 DEC 23 11:59USDC-ORP

MICHAEL HOWARD, SAMANTHA KOSSA,
ORA HOOPER, AND JEANNA FUEHRER
on behalf of themselves and all others similarly situated,

REC'VD'09 DEC 17 12:02USDC-OPP

Cv. No. CV'09-1477-MO

APPLICATION FOR
SPECIAL ADMISSION-
PRO HAC VICE

Plaintiffs,

v.

DIRECT RESPONSE MEDIA GROUP, INC., dba AKA DIRECT,
AMAN ENTERPRISES, INC., ARCHWAYS SYSTEMS, INC.,
BILYEU-MILLER INSURANCE, LLC,
COMMERCIAL INFORMATION SYSTEMS, LLC.,
COMPUTER CHECK VERIFICATION "CCV",
CREDIT INTERNATIONAL CORP., CRIMINAL INFORMATION
SERVICES, INC., CRIS INC., OREGON CREDIT SYSTEMS, INC.,
OREGONIAN PUBLISHING CO., PROFESSIONAL CREDIT
SERVICES, INC., STUDIO K LTD., and
WESTERN MERCANTILE AGENCY, INCORPORATED,

Defendants.

As local counsel in the above captioned case and in accordance with LR 83.3, I am recommending the following attorney for admission *pro hac vice*:

**1. Pro Hac Vice Attorney Certification**: I have read and understand the requirements of LR 83.3, and certify that the following information is correct:

**(A) Personal Data:**

    (1)    Joseph H. Malley
    (2)    Law Office of Joseph H. Malley, P.C.
    (3)    1045 North Zang Boulevard, Dallas, Texas 75208
    (4)    Malleylaw@gmail.com
    (5)    Telephone:   214.943.6100
    (6)    Facsimile:    214.943.6170

(B) **Bar Admission Information**: I certify that I am now a member in good standing of the following State and/or Federal Bar Association:

(1) State Bar Admission: State Bar of Texas-12865900, date of admission 1986;

(2) Federal Bar Admissions: Northern District of Texas, date of admission 2004;

(C) **Certification of Disciplinary Proceedings**:

__X__ I certify that I am not now, nor have I ever been, subject to any disciplinary action by any state or federal court bar association or administrative agency; or,

____ I certify that I am now, or have been subject, to disciplinary action from a state of federal bar association or administrative agency. (Attach a letter of explanation to this application.)

(D) **Certification of Professional Liability Insurance**: I have a professional liability insurance policy which is current and will apply in this case, and that policy will remain in effect during the course of these proceedings.

(E) **Representative Statement**: I am representing the following party(s) in this case: Plaintiffs- Jeanna Fuehrer, Ora Hopper, Michael Howard, and Samantha Kossa

(F) **CM/ECF Registration**: Concurrent with approval of this *pro hac vice* application, I acknowledge that I will automatically be registered to access the court's Case Management/Electronic Case File System. (*See* ecf.ord.uscourts.gov). I consent to electronic services pursuant to Fed.R.Civ. P 5(b)(2)(D) and LR 100.2(c)

2. **Certification of Associated Local Counsel**: I certify that the information contained in this application is true, that I am member in good standing of the Bar of this Court, that I have read and understand the requirements of LR 83.3, and that I will serve as designated local counsel in this particular case.

DATED this ____7th____ day of __Dec.__, 2009.

WILLIAM C. CARPENTER JR.    12/16/09
Oregon State Bar # 90045
wcarpenter@igc.org
474 Willamette St. Suite 303
Eugene, Oregon 97401
Phone: 541.484.4436
Fax: 541.683.1346
Attorney for Plaintiffs

LAW OFFICE OF JOSEPH H. MALLEY
Joseph H. Malley
Texas Bar No. 12865900
1045 North Zang Boulevard
Dallas, Texas 75208
Telephone: 214.943.6100
Facsimile: 214.943.6170

| | COURT ACTION |
|---|---|
| _____ | Application approved subject to payment of fees |
| _____ | Application approved and fee waived |
| _____ | Application denied |

12.27.09
Date

[signature]
United States District Judge