Joel A. Mullin, OSB No. 862533
jamullin@stoel.com
Charles F. Hinkle, OSB No. 710839
cfhinkle@stoel.com
STOEL RIVES LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204
Telephone: (503) 224-3380
Facsimile: (503) 220-2480

Attorneys for Defendant Oregonian Publishing Company

## UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| MICHAEL HOWARD, SAMANTHA KOSSA, ORA HOOPER, AND JEANNA FUEHRER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DIRECT RESPONSE MEDIA GROUP, INC., dba AKA DIRECT, AMAN ENTERPRISES, INC., ARCHWAYS SYSTEMS, INC., BILYEU-MILLER INSURANCE, LLC, COMMERCIAL INFORMATION SYSTEMS, LLC., COMPUTER CHECK VERIFICATION "CCV", CREDIT INTERNATIONAL CORP., CRIMINAL INFORMATION SERVICES, INC., CRIS INC., OREGON CREDIT SYSTEMS, INC., OREGONIAN PUBLISHING CO., PROFESSIONAL CREDIT SERVICES, INC., STUDIO K LTD., and WESTERN MERCANTILE AGENCY, INCORPORATED,<br><br>Defendants. | Case No. 09-CV-1477-MO<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE (DEFENDANT OREGONIAN PUBLISHING CO.)** |

Page 1 – **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE (DEFENDANT OREGONIAN PUBLISHING CO.)**

Pursuant to L.R. 83.9, attorneys Joel A. Mullin and Charles F. Hinkle hereby enter appearances as attorneys for Oregonian Publishing Company, and further request that their names be added to the case docket, and that copies of all future pleadings, papers and notices filed in this case be sent to them via the court's CM/ECF system.

For documents that are filed conventionally, documents should be served on:

Charles F. Hinkle
Joel A. Mullin
Stoel Rives LLP
900 S.W. Fifth Avenue, Suite 2600
Portland, OR 97204


DATED: February 18, 2010.

        STOEL RIVES LLP

        */s/ Charles F. Hinkle*
        Charles F. Hinkle, OSB No. 710839
        cfhinkle@stoel.com
        Joel A. Mullin, OSB No. 862533
        jamullin@stoel.com
        Telephone: (503) 224-3380
        Facsimile: (503) 220-2480

        Attorneys for Defendant Oregonian Publishing Company

CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE (DEFENDANT OREGONIAN PUBLISHING CO.)** on the following named person(s) on the date indicated below by:

- ☐ mailing with postage prepaid
- ☐ hand delivery
- ☐ facsimile transmission
- ☐ overnight delivery
- ☐ email
- ☒ notice of electronic filing using the Cm/ECF system

George A. Otstott
Otstott & Jamison, PC
4849 Greenville Ave., Ste 1620
Dallas, TX 75206
Email: hogmang@aol.com

Joseph H. Malley
Law Office of Joseph H. Malley, PC
1045 N. Zang Blvd.
Dallas, TX 75208
Email: malleylaw@gmail.com

Jeremy R. Wilson
The Corea Firm PLLC
1201 Elm Street, Ste. 4150
Dallas, TX 75270
Email: jwilson@corealaw.com

William C. Carpenter, Jr.
474 William Street
Suite 303
Eugene, OR 97401
Email: wcarpenter@igc.org

Page 1 – **CERTIFICATE OF SERVICE**

Jeffrey I. Hasson
Davenport & Hassson, LLP
12707 NE Halsey Street
Portland, OR 97230
Email: hasson@dhlaw.biz

DATED: February 18, 2010.                    STOEL RIVES LLP


/s/ Charles F. Hinkle
Charles F. Hinkle, OSB No. 710839
cfhinkle@stoel.com
Telephone: (503) 224-3380
Attorneys for Defendant Oregonian
Publishing Co

Page 2 – **CERTIFICATE OF SERVICE**

PortInd3-1722175.1 0057220-00141