Joel A. Mullin, OSB No. 862533
jamullin@stoel.com
Charles F. Hinkle, OSB No. 710839
cfhinkle@stoel.com
STOEL RIVES LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204
Telephone: (503) 224-3380
Facsimile: (503) 220-2480

    Attorneys for Defendant Oregonian Publishing Company

## UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| MICHAEL HOWARD, SAMANTHA KOSSA, ORA HOOPER, AND JEANNA FUEHRER, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>DIRECT RESPONSE MEDIA GROUP, INC., dba AKA DIRECT, AMAN ENTERPRISES, INC., ARCHWAYS SYSTEMS, INC., BILYEU-MILLER INSURANCE, LLC, COMMERCIAL INFORMATION SYSTEMS, LLC., COMPUTER CHECK VERIFICATION "CCV", CREDIT INTERNATIONAL CORP., CRIMINAL INFORMATION SERVICES, INC., CRIS INC., OREGON CREDIT SYSTEMS, INC., OREGONIAN PUBLISHING CO., PROFESSIONAL CREDIT SERVICES, INC., STUDIO K LTD., and WESTERN MERCANTILE AGENCY, INCORPORATED,<br><br>    Defendants. | Case No. 09-CV-1477-MO<br><br>**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT OREGONIAN PUBLISHING CO.** |

Page 1 – **CORPORATE DISCLOSURE STATEMENT OF DEFENDANT OREGONIAN PUBLISHING CO.**

Pursuant to Fed. R. Civ. Pro. 7.1, defendant Oregonian Publishing Company LLC hereby gives notice that it is a wholly owned subsidiary of Newark Morning Ledger Co., a New Jersey corporation. No publicly traded corporation owns 10% or more of the stock of Oregonian Publishing Company or of Newark Morning Ledger Co.

DATED: February 18, 2010.

        STOEL RIVES LLP

        /s/ Charles F. Hinkle
        Charles F. Hinkle, OSB No. 710839
        cfhinkle@stoel.com
        Joel A. Mullin, OSB No. 862533
        jamullin@stoel.com
        Telephone: (503) 224-3380
        Facsimile: (503) 220-2480

        Attorneys for Defendant Oregonian Publishing Company

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **CORPORATE DISCLOSURE STATEMENT OF DEFENDANT OREGONIAN PUBLISHING CO.** on the following named person(s) on the date indicated below by:

- ☐ mailing with postage prepaid
- ☐ hand delivery
- ☐ facsimile transmission
- ☐ overnight delivery
- ☐ email
- ☒ notice of electronic filing using the Cm/ECF system

| | |
|---|---|
| George A. Otstott<br>Otstott & Jamison, PC<br>4849 Greenville Ave., Ste 1620<br>Dallas, TX 75206<br>Email: hogmang@aol.com | Jeremy R. Wilson<br>The Corea Firm PLLC<br>1201 Elm Street, Ste. 4150<br>Dallas, TX 75270<br>Email: jwilson@corealaw.com |
| Joseph H. Malley<br>Law Office of Joseph H. Malley, PC<br>1045 N. Zang Blvd.<br>Dallas, TX 75208<br>Email: malleylaw@gmail.com | William C. Carpenter, Jr.<br>474 William Street<br>Suite 303<br>Eugene, OR 97401<br>Email: wcarpenter@igc.org |

Page 1 – CERTIFICATE OF SERVICE

Jeffrey I. Hasson
Davenport & Hassson, LLP
12707 NE Halsey Street
Portland, OR 97230
Email: hasson@dhlaw.biz

DATED: February 18, 2010.                    STOEL RIVES LLP

/s/ Charles F. Hinkle
Charles F. Hinkle, OSB No. 710839
cfhinkle@stoel.com
Telephone: (503) 224-3380
Attorneys for Defendant Oregonian
Publishing Co