Joel A. Mullin, OSB No. 862533
jamullin@stoel.com
Charles F. Hinkle, OSB No. 710839
cfhinkle@stoel.com
STOEL RIVES LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204
Telephone: (503) 224-3380
Facsimile: (503) 220-2480

Attorneys for Defendant Oregonian Publishing Company

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MICHAEL HOWARD, SAMANTHA KOSSA, ORA HOOPER, AND JEANNA FUEHRER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DIRECT RESPONSE MEDIA GROUP, INC., dba AKA DIRECT, AMAN ENTERPRISES, INC., ARCHWAYS SYSTEMS, INC., BILYEU-MILLER INSURANCE, LLC, COMMERCIAL INFORMATION SYSTEMS, LLC., COMPUTER CHECK VERIFICATION "CCV", CREDIT INTERNATIONAL CORP., CRIMINAL INFORMATION SERVICES, INC., CRIS INC., OREGON CREDIT SYSTEMS, INC., OREGONIAN PUBLISHING CO., PROFESSIONAL CREDIT SERVICES, INC., STUDIO K LTD., and WESTERN MERCANTILE AGENCY, INCORPORATED,<br><br>Defendants. | Case No. 09-CV-1477-MO<br><br>DEFENDANT OREGONIAN PUBLISHING COMPANY'S MOTION TO DISMISS (RULE 12(b)(1) AND RULE 12(b)(6))<br><br>Request for Oral Argument |

Page 1 – DEFENDANT OREGONIAN PUBLISHING COMPANY'S MOTION TO
DISMISS (Rule 12(b)(1) and Rule 12(b)(6))

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(1)(A)

Pursuant to Local Rule 7.1(a), the undersigned attorney for defendant Oregonian Publishing Company ("Oregonian") certifies that he has conferred by telephone in good faith with Jeremy R. Wilson, one of the attorneys of record for the plaintiffs, and that the parties were not able to resolve the issues raised by this motion.

## MOTION

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), defendant Oregonian moves for an order dismissing the Complaint against it, on the ground that plaintiffs lack standing to assert their claim against Oregonian and on the ground that plaintiffs have not stated a claim against Oregonian on which relief can be granted. This Motion is supported by a Memorandum of Law in Support of Defendant Oregonian Publishing Company's Motion to Dismiss, filed herewith.

Oregonian respectfully requests oral argument on this motion.

DATED: February 18, 2010.

STOEL RIVES LLP

*/s/ Charles F. Hinkle*
Charles F. Hinkle, OSB No. 710839
cfhinkle@stoel.com
Joel A. Mullin, OSB No. 862533
jamullin@stoel.com
Telephone: (503) 224-3380
Facsimile: (503) 220-2480

Attorneys for Defendant Oregonian Publishing Company

CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **DEFENDANT OREGONIAN PUBLISHING COMPANY'S MOTION TO DISMISS (RULE 12(b)(1) AND RULE 12(b)(6))** on the following named person(s) on the date indicated below by:

- ☐ mailing with postage prepaid
- ☐ hand delivery
- ☐ facsimile transmission
- ☐ overnight delivery
- ☐ email
- ☒ notice of electronic filing using the Cm/ECF system

George A. Otstott
Otstott & Jamison, PC
4849 Greenville Ave., Ste 1620
Dallas, TX 75206
Email: hogmang@aol.com

Joseph H. Malley
Law Office of Joseph H. Malley, PC
1045 N. Zang Blvd.
Dallas, TX 75208
Email: malleylaw@gmail.com

Jeremy R. Wilson
The Corea Firm PLLC
1201 Elm Street, Ste. 4150
Dallas, TX 75270
Email: jwilson@corealaw.com

William C. Carpenter, Jr.
474 William Street
Suite 303
Eugene, OR 97401
Email: wcarpenter@igc.org

Page 1 – CERTIFICATE OF SERVICE

Jeffrey I. Hasson
Davenport & Hassson, LLP
12707 NE Halsey Street
Portland, OR 97230
Email: hasson@dhlaw.biz

DATED: February 18, 2010.

STOEL RIVES LLP

/s/ Charles F. Hinkle
Charles F. Hinkle, OSB No. 710839
cfhinkle@stoel.com
Telephone: (503) 224-3380
Attorneys for Defendant Oregonian Publishing Co

Page 2 – **CERTIFICATE OF SERVICE**

Portlnd3-1722175.1 0057220-00141