IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **MICHAEL HOWARD et al.,**<br>on behalf of themselves and all others<br>similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>**OREGONIAN PUBLISHING<br>COMPANY; CRIMINAL INFORMATION<br>SERVICES, INC.; and WESTERN<br>MERCANTILE AGENCY, INC.,**<br><br>　　　　　　　Defendants. | No. 09-1477-MO<br><br>ORDER OF DISMISSAL |

**MOSMAN, J.,**

　　The Court held a hearing on defendants' motions to dismiss (#47, 48, 49) plaintiffs' First Amended Complaint (#46) on July 30, 2010. For the reasons stated on the record, I GRANT defendants' motions.

　　IT IS HEREBY ORDERED AND ADJUDGED that plaintiffs' claims are DISMISSED. Any pending motions are DENIED AS MOOT.

　　DATED this  30th  day of July, 2010.

　　　　　　　　　　　　　　　　　　　　/s/ Michael W. Mosman
　　　　　　　　　　　　　　　　　　　　MICHAEL W. MOSMAN
　　　　　　　　　　　　　　　　　　　　United States District Judge

PAGE 1—DISMISSAL